IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>DAN THOMAS,<br><br>                Defendants. | 4:25CR3083<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Korey L. Reiman to withdraw as counsel of record for Defendant, (Filing No. 67), is granted.

2) Defendant's newly retained counsel, Robert B. Creager, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Korey L. Reiman from any future ECF notifications herein.

Dated this 11th day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge