IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DAN THOMAS,<br><br>                Defendant. | 4:25CR3083<br><br>**ORDER** |

      A hearing was held today. The Government and Defendant requests modifications of the terms of pretrial release that were imposed upon Defendant in the District of Arizona. Such request was approved by pretrial services and the below requests were agreed upon by both parties. Upon consideration of the evidence and filings before the court and for the reasons discussed during the hearing, Defendant is released subject to the same terms and conditions of release previously imposed with the following modifications:

    a.    The condition that reads "avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es) and following individuals . . ." shall be modified as follows "avoid all direct or indirect contact, unless such indirect contact is via the parties' attorneys, with persons who are considered alleged victim(s), potential witness(es) and following individuals . . ."

    b.    All other conditions remain as set forth in the Order Setting Conditions of Release from the District of Arizona (Filing No. 57).

    c.    The following condition of release is added: "Make a full disclosure of his/her finances at the request of the supervising officer. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the supervising officer."

IT IS SO ORDERED.

Dated this 11th day of December, 2025.

                                                  BY THE COURT:

                                                  *s/ Jacqueline M. DeLuca*
                                                  United States Magistrate Judge